1
2
3
4
5
6                       UNITED STATES DISTRICT COURT

7                            DISTRICT OF NEVADA

8                                    * * *

9    ALLEN S. MEREDITH,                    Case No. 3:14-cv-00161-MMD-VPC

10                           Plaintiff,     ORDER ADOPTING AND ACCEPTING
                                            REPORT AND RECOMMENDATION OF
11        v.                                MAGISTRATE JUDGE
                                            VALERIE P. COOK
     R. ARANAS, et al.,
12                          Defendants.

13

14        Before the Court is the Report and Recommendation of United States Magistrate

15   Judge Valerie P. Cooke (dkt. no. 38) ("R&R") relating to defendants' motion to dismiss.

16   (dkt .no. 29) based on plaintiff's failure to comply with Local Special Rule ("LSR") 2-2

17   requiring plaintiff to change his address. No objection to the R&R has been filed.

18        This Court "may accept, reject, or modify, in whole or in part, the findings or

19   recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Where a party

20   timely objects to a magistrate judge's report and recommendation, then the court is

21   required to "make a *de novo* determination of those portions of the [report and

22   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

23   to object, however, the court is not required to conduct "any review at all . . . of any issue

24   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

25   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

26   magistrate judge's report and recommendation where no objections have been filed. *See*

27   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

28   of review employed by the district court when reviewing a report and recommendation to

1    which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

2    1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

3    view that district courts are not required to review "any issue that is not the subject of an

4    objection."). Thus, if there is no objection to a magistrate judge's recommendation, then

5    the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F.

6    Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to

7    which no objection was filed).

8        Nevertheless, this Court finds it appropriate to engage in a *de novo* review to

9    determine whether to adopt Magistrate Judge Cooke's R&R. The R&R recommended

10   granting the motion to dismiss with prejudice based upon Plaintiff's failure to notify the

11   Court of his change of address pursuant to LSR 2-2.  The R&R indicated that Plaintiff's

12   last filing in this case was on December 18, 2014, when he notified the Court of his

13   change of address.  (Dkt. nos. 38, 26.)  The R&R further indicated that Plaintiff failed to

14   appear at a scheduled hearing set for January 20, 2015.  (Dkt. no. 38 at 1.)  The last two

15   orders of the Court, including the R&R, that were mailed to Plaintiff were returned as

16   underliverable.  (Dkt. nos. 39, 40.)  Upon reviewing the R&R and records in this case,

17   this Court finds good cause to adopt the Magistrate Judge's R&R in full.

18       It is therefore ordered, adjudged and decreed that the Report and

19   Recommendation of Magistrate Judge Valerie P. Cooke (dkt. no. 38) is accepted and

20   adopted in its entirety.

21       It is ordered that defendants' motion to dismiss (dkt. no. 29) is granted.

22       It is further ordered that this action is dismissed with prejudice for plaintiff's failure

23   to comply with LSR 2-3.

24       DATED THIS 11[h] day of May 2015.

25

26   _____

27   MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE

28